UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| INDIANA/KENTUKCY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND; et al. <br><br> Plaintiffs, <br><br> vs. <br><br> ACE BUILDING SYSTEMS, INC. and MARVIN PATTERSON <br><br> Defendants. | CASE NO.: 1:20-cv-2052-RLY-MG |

**STIPULATED ORDER OF DISMISSAL
WITH THE COURT TO RETAIN JURISDICTION TO
ENFORCE THE TERMS OF THE PARTIES' SETTLEMENT AGREEMENT**

The Plaintiffs, the INDIANA/KENTUCKY/OHIO REGIONAL COUNCIL OF CARPENTERS PENSION FUND *et al.* (the "Plaintiffs"), and the Defendants, ACE BUILDING SYSTEMS, INC. and MARVIN PATTERSON (the "Defendants"), pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure hereby submit this Stipulated Order for Dismissal of this Lawsuit with the Court to Retain Jurisdiction to Enforce the Terms of the Parties' Settlement Agreement and stipulate as follows:

WHEREAS, the Parties in this matter have reached a Settlement Agreement and the Parties stipulate to the dismissal of the above-captioned matter without prejudice, reserving jurisdiction in this Court to reinstate proceedings to enforce certain terms of the Settlement Agreement entered into by and between the Parties in November 2021 under the authority of *Kokkonen v. Guardian Life Insurance Company of America*, 511 U.S. 375, 381-82 (1994).

**IT IS HEREBY ORDERED:**

1. This above-captioned case is hereby dismissed without prejudice.

2. The Court shall retain jurisdiction over the Parties and hereby grants the Plaintiffs leave to reinstate the proceedings in the above-captioned matter to enforce the terms of the

Settlement Agreement entered into by and between the Parties in November 2021, but not later than January 1, 2025. The Parties are barred from relitigating any claims raised in this litigation.

3. Pursuant to the Settlement Agreement entered into by and between the Parties in November 2021, the Defendants are obligated to pay monthly installments to the Plaintiffs for a period of thrity-six (36) months, with the final installment due on December 15, 2024. Failure by the Defendants to comply with their payment obligation shall constitute a breach of the Settlement Agreement.

4. In the event a motion to reinstate to enforce settlement is not filed on or before January 1, 2025, the dismissal without prejudice will automatically convert to a dismissal with prejudice and with each party to bear its own fees and costs, and the Court shall relinquish jurisdiction.

SO ORDERED this 15th day of November 2021.

RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Agreed and so stipulated:

**INDIANA CARPENTERS PENSION FUND, et al.**

/s/ Suzanne C. Dyer
*One of the Plaintiffs' Attorneys*
JOHNSON & KROL, LLC
311 S. Wacker Drive, Suite 1050
Chicago, IL 60606
(312) 757-5465
dyer@johnsonkrol.com

**ACE BUILDING SYSTEMS, INC. and MARVIN PATTERSON**

/s/